UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA MATZENBACHER,<br><br>                      Plaintiffs,<br><br>   -against-<br><br>JETBLUE AIRWAYS CORPORATION<br><br>                      Defendant. | Civil Action No.:<br><br>**COMPLAINT AND**<br>**JURY DEMAND**<br><br>Civil Action |

The Plaintiff, PATRICIA MATZENBACHER, by her attorneys, Godosky & Gentile, PC complaining of the Defendant JETBLUE AIRWAYS CORPORATION, respectfully alleges, upon information and belief, as follows:

### THE PARTIES

1. That at all times relevant hereto, Plaintiff PATRICIA MATZENBACHER was, and still is, a resident of the New York County in the State of New York.

2. That at all times mentioned herein, Defendant JETBLUE AIRWAYS CORPORATON (hereinafter JetBlue) was and still is a foreign corporation authorized to do business within the State of New York as a Delaware Corporation.

3. That at all times mentioned herein, Defendant JETBLUE was and still is a Delaware Corporation.

4. That on the date of the incident complained of herein, Defendant JETBLUE, had a principal place of business in the County of Queens, State of New York.

5. That at all relevant times, JETBLUE, was and is engaged in the business of international air transportation.

## JURISDICTION AND VENUE

6. This action arises under the Convention for the Unification of Certain Rules for International Carriage by Air (also known as and hereinafter referred to as the "Montreal Convention") a treaty of the United States.

7. This Court has subject matter jurisdiction pursuant to 28 U.S.C.§1331, as this action arises under a treaty of the United States, namely the Montreal Convention.

8. Venue is proper pursuant to Article 33 of the Montreal Convention, based upon defendants principal place of business.

9. Venue is proper pursuant to Article 33 of the Montreal Convention as this is JETBLUE Flight No. 1908 place of destination.

10. Venue is properly laid in this district pursuant to 28 U.S. Code § 1391.

## FACTUAL ALLEGATIONS

11. That on or about March 31, 2025, Plaintiff PATRICIA MATZENBACHER was a fare-paying passenger aboard JETBLUE Flight No. 1908.

12. That on or about March 31, 2025, said JETBLUE Flight No. 1908 was traveling internationally from Paris, France to its destination of John F. Kennedy International Airport, New York City, New York, United States.

13. That on or about March 31, 2025, during the course of the aforementioned flight, Plaintiff PATRICIA MATZENBACHER requested ice from JetBlue's cabin crew, for the purpose of reducing swelling of her left leg.

14. That on or about March 31, 2025, during the course of the aforementioned flight, JetBlue's cabin crew undertook to provide such assistance to Plaintiff.

15. That on or about March 31, 2025, JetBlue's cabin crew provided Plaintiff PATRICIA MATZENBACHER with what was represented to be an ice pack.

16. That on or about March 31, 2025, during the course of the aforementioned flight, JetBlue's cabin crew did negligently provide an ice pack containing dry ice (carbon dioxide in solid form) to the plaintiff for use on her left leg.

17. That on or about March 31, 2025, JetBlue's cabin crew negligently failed to advise plaintiff that the ice pack contained dry ice.

18. That on or about March 31, 2025, during the course of the aforementioned flight, JetBlue's cabin crew negligently provided the dry ice pack for direct contact with Plaintiff's skin.

19. As a direct result, Plaintiff sustained bodily injury, including but not limited to burns and tissue damage to her left leg.

20. That said incident constituted an "accident", within the meaning of Article 17 of the "Montreal Convention," as it was an unexpected and unusual event external to the plaintiff.

## COUNT ONE ON BEHALF OF PLAINTIFF PATRICIA MATZENBACHER

21. Plaintiff repeats and realleges paragraphs 1 through 20 as if fully set forth herein.

22. Pursuant to Article 17 of the Montreal Convention, JETBLUE is liable for bodily injury sustained by a passenger caused by an accident occurring onboard an international flight.

23. That at all time herein mentioned, the negligent acts and omission of the JETBLUE cabin crew was the direct cause of plaintiff's injuries.

24. That plaintiff's damages fall within the scope of liability permitted under the "Montreal Convention".

25. That the aforesaid occurrence was caused wholly and solely by reason of the negligence of the defendant without any fault or negligence on the part of Plaintiff PATRICIA MATZENBACHER contributing thereto.

26. That defendants were negligent, careless and reckless in the ownership, operation, management, supervision, maintenance and control of the aforesaid JETBLUE Flight No. 1908.

27. That as a result of the aforesaid accident, Plaintiff PATRICIA MATZENBACHER was injured.

28. That by reason of the foregoing, Plaintiff PATRICIA MATZENBACHER sustained severe and permanent personal injuries and was otherwise damaged.

29. That this action falls within one or more of the exceptions set forth in C.P.L.R. §1602 of the State of New York.

**COUNT TWO ON BEHALF OF PLAINTIFF PATRICIA MATZENBACHER**

30. Plaintiff repeats and realleges paragraphs 1 through 20 as if fully set forth herein.

31. Defendant owed Plaintiff a duty of reasonable care.

32. Defendants breached that duty of reasonable care through its negligent acts and omissions.

33. Defendant's negligence was the actual and proximate cause of Plaintiff's injuries.

34. Plaintiff suffered damages as a result of the defendant's negligence.

35. That by reason of the foregoing, Plaintiff PATRICIA MATZENBACHER has been damaged in a sum which exceeds the jurisdictional limits of all lower courts, which would otherwise have jurisdiction.

36. Plaintiff has been damaged in an amount to be determined at the Trial of this this action.

**WHEREFORE**, Plaintiff PATRICIA MATZENBACHER demands judgment against the defendant JETBLUE AIRWAYS CORPORATION, in a sum exceeding the jurisdictional limits of all lower courts, which would otherwise have jurisdiction, together with the costs and disbursements of this action.

### JURY DEMAND

The plaintiff hereby demands a trial by jury as to all issues.

Dated:　　　New York, New York
　　　　　　March 2, 2026

　　　　　　　　　　　　　　　　GODOSKY & GENTILE P.C.


　　　　　　　　　　　　　　　　*Jeffrey Brecker*
　　　　　　　　　　　　　　　　By: Jeffrey Brecker, Esq
　　　　　　　　　　　　　　　　*Attorney for the Plaintiff*
　　　　　　　　　　　　　　　　100 Wall Street, Suite 1702
　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　(212) 742-9700

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Action No.: |

PATRICIA MATZENBACHER,

                                                              Plaintiff,

-against-

JETBLUE AIRWAYS CORPORATION

                                                              Defendant.

## *Summons, Complaint and Jury Demand*

### GODOSKY & GENTILE, PC

**Attorneys for Plaintiff**
PATRICIA MATZENBACHER
100 Wall Street, Suite 1702
New York, NY 10005
(212) 742-9700

### ATTORNEY CERTIFICATION

I hereby certify that, to the best of my knowledge, information and belief, the presentation of ***Summons, Complaint and Jury Demand*** and the contentions therein are not frivolous.

Dated:  March 2, 2026
          New York, New York

                                                */s/ Jeffrey Brecker*
                                                By: Jeffrey Brecker, Esq
                                                *Attorney for the Plaintiff*